IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>SILVER IPHONE S IN BLACK CASE, MODEL A1688, FCCID: BCG-E2946A, IC: 579CE2946A;<br><br>MACBOOK PRO, FCCID: QDS-BRCM1069, SERIAL #C02NL06NG3QL, IC: 4324A-BRCM1069;<br><br>SONY DIGITAL VOICE RECORDER, ICD-PX333;<br><br>FOUR BLACK/WHITE LEXAR FLASH DRIVES, 16GB, LJDS70-16G-000-122M, 34050-16GBGB;<br><br>BLUE SANDISK CRUZER U 16GB FLASH DRIVE, SDCZ59-016G, D35724;<br><br>CURRENTLY LOCATED AT<br>3507 INTERNATIONAL PLACE NW,<br>WASHINGTON, D.C. 20008 | Case No. ____________________ |

**AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE**

I, Nicholas Sakell, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the examination of property—electronic devices, listed in Attachment A—which are currently in law enforcement possession, and the extraction from that property of electronically stored information described in Attachment B.

2. I am a Special Agent with the United States Secret Service, and have been since November 2015. I am assigned to the Protective Intelligence Squad, which handles investigations into, among other things, threats against the White House Complex and Secret Service protectees

such as the President of the United States and his family. I have received training in the execution of search warrants, and have executed them in my previous role as a Maryland State Trooper.

3. The facts in this affidavit are based on my personal observations, my training and experience, and information obtained from other law enforcement officers and agents. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

**JURISDICTION**

4. This Court has jurisdiction to issue the requested warrant because it is a "court of competent jurisdiction" as defined by l8 U.S.C. § 2711, 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is a "district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i). The conduct at issue occurred in the District of Columbia at the White House Complex.

**IDENTIFICATION OF THE DEVICES TO BE EXAMINED**

5. The property to be searched are a Silver iPhone S in a black case, Model A1688, FCCID: BCG-E2946A, IC: 579CE2946A; a MacBook Pro, FCCID: QDS-BRCM1069, Serial #C02NL06NG3QL, IC: 4324A-BRCM1069; a Sony Digital Voice Recorder, ICD-PX333; four (4) Black and white Lexar Flash Drives, 16GB, LJDS70-16G-000-122M, 34050-16GBGB; and a Blue SanDisk Cruzer U 16GB Flash Drive, SDCZ59-016G, D35724 (hereinafter the "Devices"). The Devices are currently located at 3507 International Place NW, Washington, D.C. 20008.

6. The applied-for warrant would authorize the forensic examination of the Devices for the purpose of identifying electronically stored data particularly described in Attachment B.

**PROBABLE CAUSE**

7. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that Jonathan Tuan-Anh Tran violated 18 U.S.C. § 1752(b)(1)(A)

(Entering or Remaining in a Restricted Building or Grounds While Using or Carrying a Dangerous Weapon), and that evidence of his intent and purpose for committing that crime is likely to be found in the Devices listed in Attachment A.

8. Jonathan Tuan-Anh Tran ("Tran") is a United States citizen who resides in California. He does not work at the White House Complex in Washington, D.C., and he has no authorized business there.

9. During the evening of March 10, 2017, Officer Wayne Azevedo was on duty at the White House Complex, stationed near the South Entrance to the White House Mansion. He was in a marked Secret Service uniform.

10. The White House Complex, which includes, among other things, the Treasury Department Building and grounds, the White House Mansion, and the White House grounds, is a restricted area in Washington, D.C. Only people with authorized access are permitted inside the White House Complex, which has an exterior fence surrounding it. There are also fences that separate the Treasury Department Building from the White House Mansion and grounds.

11. At approximately 11:38 p.m. on March 10, 2017, Officer Azevedo observed an unknown man, later identified as Jonathan Tuan-Anh Tran (hereinafter Tran), walking from the east side of the south grounds of the White House Complex. Tran, who was walking close to the exterior wall of the White House Mansion, was approaching the South Portico Entrance to the White House Mansion. He was wearing a hooded sweater or jacket and was carrying a backpack. When he saw Officer Azevedo, he altered course and began heading toward the South Lawn of the White House.

12. Officer Azevedo asked Tran for his identity and to establish his authorization to be inside the White House Complex. Tran responded, "I am a friend of the President. I have an

appointment." When Officer Azevedo asked Tran how he got there, he stated, "I jumped the fence." Officer Azevedo then placed Tran under arrest.

13. During a search incident to arrest, two cans of pepper spray were found on Tran, including one inside his jacket pocket. Tran also was carrying, among other things, the Devices, a United States passport, a book written by President Trump, and a letter that he had written to President Trump.

14. In the letter, Tran mentioned "Russian Hackers," and said he had information of relevance. Tran alleged that he had been "followed," that his "phone and email communications [had been] read by third parties," and that he had "been called schizophrenic."

15. Video surveillance footage shows Tran jumping a fence near the Treasury Building adjacent to the White House security fence. At one point, Tran hid behind a White House pillar before proceeding to the South Portico Entrance.

16. A review of social media accounts associated with Tran shows that Tran used electronic communications to discuss his interest in President Trump and his desire to meet him. For example, in one YouTube posting dated February 26, 2017, Tran alleged that he was a victim of various crimes and that he was "asking for the President's help."

17. Based on my training and experience, people who try to unlawfully enter the White House Complex or other restricted grounds often leave evidence on their electronic devices of their motives or intentions for unlawfully entering the restricted area. Moreover, the fact that Tran carried these items with him onto the White House grounds suggests that Tran believed the items might be relevant to his unlawful entry onto those grounds.

## **CONCLUSION**

18. For the reasons stated above, there is probable cause to believe that Tran violated 18 U.S.C. § 1752(b)(1)(A) and that evidence of his intent and purpose for committing that crime is likely to be found in the Devices listed in Attachment A

19. I declare under the penalty of perjury that the information provided above is true and correct.

Respectfully submitted,

________________________________________
Nicholas Sakell
Special Agent
United States Secret Service

Subscribed and sworn to before me
on March 13, 2017:

________________________________________
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE